# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-05045-01-CR-SW-FJG |
| ) | |
| LUIS GEYMAN FERNANDO-DIAZ, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two, Four and Five of the Indictment filed on June 20, 2007, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

    /s/ Fernando J. Gaitan, Jr.
**FERNANDO J. GAITAN, JR., CHIEF**
**UNITED STATES DISTRICT JUDGE**

Date: November 27, 2007